AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CENEGENICS, LLC,

              Plaintiff,

  v.

HEALTHGAINS, et al.,

              Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number:  2:19-cv-00438-GMN-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby awarded to Plaintiff in the amount of $73,389.50 for attorneys' fees.

9/1/21  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk